```
       FILED
  U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2022 FEB -4  P 1:09

CAROL L. MICHEL
     CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

# FELONY

## INDICTMENT FOR VIOLATIONS OF THE FEDERAL
## CONTROLLED SUBSTANCES ACT AND THE FEDERAL GUN CONTROL ACT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. **22-21** |
| v. | * | SECTION: **SECT. H MAG. 3** |
| FELIX MACKEY<br>WHITLEY DEMOLLE | * | VIOLATIONS: 21 U.S.C. § 846<br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(A)<br>21 U.S.C. § 841(b)(1)(B)<br>21 U.S.C. § 841(b)(1)(C)<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(2)<br>18 U.S.C. § 924(c)(1)(A)(i)<br>18 U.S.C. § 2 |

\* \* \*

The Grand Jury charges that:

## COUNT 1
**(Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances)**

Beginning on a date unknown, but prior to June 3, 2021, and continuing to on or about the date of this Indictment, in the Eastern District of Louisiana and elsewhere, the defendants, **FELIX MACKEY** and **WHITLEY DEMOLLE,** did knowingly and intentionally combine, conspire, confederate and agree with each other and with others known and unknown to the Grand Jury, to distribute and possess with intent to distribute methamphetamine, cocaine hydrochloride, and

```
      Fee____USA____
   ___Process_____
   X  Dktd_____
   ___CtRmDep_____
   ___Doc.No._____
```

cocaine base ("crack"), all ScheduleII controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

## QUANTITY OF CONTROLLED DANGEROUS SUBSTANCES ATTRIBUTABLE TO EACH DEFENDANT

With respect to the drug conspiracy involved in Count 1, the defendants knew or reasonably should have known, either through their own conduct or the reasonably foreseeable conduct of their co-conspirators that was taken in furtherance of the drug conspiracy, that the scope of the conspiracy involved the following quantities of the following controlled substances:

| NAME | Quantity of Controlled Dangerous Substance(s) |
|---|---|
| FELIX MACKEY | 50 grams or more of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).<br><br>A quantity of cocaine hydrochloride, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).<br><br>A quantity of of cocaine base ("crack"), in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C). |
| WHITLEY DEMOLLE | 50 grams or more of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A). |

All in violation of Title 21, United States Code, Section 846.

## COUNT 2
### (Distribution of Methamphetamine)

On or about May 3, 2021, in the Eastern District of Louisiana, the defendant, **FELIX MACKEY**, did knowingly and intentionally distribute and possess with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 3
### (Distribution of Methamphetamine)

On or about May 13, 2021, in the Eastern District of Louisiana, the defendants, **FELIX MACKEY** and **WHITLEY DEMOLLE**, did knowingly and intentionally distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 4
### (Distribution of Methamphetamine)

On or about May 25, 2021, in the Eastern District of Louisiana, the defendant, **FELIX MACKEY**, did knowingly and intentionally distribute 5 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 5
### (Felon in Possession of a Firearm)

On or about June 3, 2021, in the Eastern District of Louisiana, the defendant, **FELIX MACKEY,** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is: a conviction on or about August 14, 2018, in the 25th Judicial District Court, Parish of Plaquemines, State of Louisiana, for Possession with the Intent to Distribute Cocaine and Methamphetamine, in violation of La. R.S. 40:967, in Case Number 18-00844, Section "A," did knowingly possess in and affecting interstate commerce, a firearm, that is a Taurus model PT111, 9mm caliber pistol, bearing serial number TJT26730, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 6
### (Possession with the Intent to Distribute Controlled Substances)

On or about June 3, 2021, in the Eastern District of Louisiana, the defendant, **FELIX**

MACKEY, did knowingly and intentionally possess with the intent to distribute 50 grams or more of methamphetamine, a quantity of of cocaine hydrochloride, and a quantity of of cocaine base ("crack"), all Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 841(b)(1)(C).

## COUNT 7
**(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)**

On or about June 3, 2021, in the Eastern District of Louisiana, the defendant, **FELIX MACKEY**, did knowingly possess a firearm, that is, Taurus model PT111, 9mm caliber pistol, bearing serial number TJT26730, in furtherance of a drug trafficking offense for which he may be prosecuted in a court of the United States, that is: conspiracy to distribute and possess with intent to distribute methamphetamine, cocaine hydrochloride, and cocaine base ("crack"), as charged in Count 1 of this Indictment; all in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 924(c)(1)(A)(i).

## NOTICE OF FORFEITURE

1. The allegations of Counts 1 through 7 of this Indictment are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offenses alleged in Counts 1 through 4 and 6, the defendants, **FELIX MACKEY and WHITLEY DEMOLLE,** shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting or derived from any proceeds obtained directly or indirectly as the result of said offenses, and any property used or intended to be used in any manner or part to commit or to facilitate the commission of said offenses.

3. As a result of the offenses alleged in Counts 5 and 7, the defendant, **FELIX MACKEY,** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved

4

in or used in the commission of said offenses.

    4.    If any of the above-described property, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendants up to the value of said property.

A TRUE BILL:

_____
FOREPERSON

DUANE A. EVANS
UNITED STATES ATTORNEY

_____
MOBAYONLE OSUNDARE
Assistant United States Attorney

New Orleans, Louisiana
February 4, 2022

5

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT

Eastern _District of_ Louisiana
_____ Criminal _Division_

## THE UNITED STATES OF AMERICA

vs.

**FELIX MACKEY**
**WHITLEY DEMOLLE**

INDICTMENT FOR VIOLATIONS OF THE FEDERAL CONTROLLED SUBSTANCES ACT AND THE FEDERAL GUN CONTROL ACT

**VIOLATIONS:** 21 U.S.C. § 846
21 U.S.C. §§ 841(a)(1); 841(b)(1)(A)
21 U.S.C. §§ 841(b)(1)(B); 841(b)(1)(C)
18 U.S.C. §§ 922(g)(1); 924(a)(2)
18 U.S.C. §§ 924(c)(1)(A)(i); 2

_Filed in open court this_ _____ _day of_ _____ _A.D. 2022._

_____
_Clerk_

Bail, $ _____

**MOBAYONLE OSUNDARE**
Assistant United States Attorney