

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

# FELONY

## SUPERSEDING BILL OF INFORMATION FOR MISPRISION OF A FELONY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 22-21** |
| v. | * | **SECTION: "H"** |
| **WHITLEY DEMOLLE** | * | **VIOLATION: 18 U.S.C. § 4** |
| | * | |
| | * | |
| * * * | | |

The United States Attorney charges that:

### COUNT 1

Beginning on a date unknown, but prior to June 3, 2021, and continuing to on or about February 4, 2022, in the Eastern District of Louisiana, the defendant, **WHITLEY DEMOLLE**, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, a Conspiracy to Distribute Controlled Substances, in violation of Title 21, United States Code, Section 846, by Felix Mackey and others, did conceal the same by allowing Mackey to store controlled substances in their shared apartment and not as soon as possible make known the

```
___Fee_____
___Process_____
_X_Dktd_____
___CtRmDep_____
___Doc.No._____
```

same to some Judge or other person in civil or military authority under the United States; all in violation of Title 18, United States Code, Section 4.

                                      DUANE A. EVANS
                                      UNITED STATES ATTORNEY

                                      */s/ Rachal Cassagne*
                                      RACHAL CASSAGNE
                                      Assistant United States Attorney
                                      Louisiana Bar Roll No. 37082

New Orleans, Louisiana
June 17, 2024

No. 22-21 "H"

# United States District Court

## FOR THE

EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

vs.

WHITLEY DEMOLLE

SUPERSEDING BILL OF INFORMATION
FOR MISPRISION OF A FELONY

Violation(s): 18 U.S.C. § 4

Filed _____, 20 24 _____, Clerk.

By _____, Deputy

_____
*Assistant United States Attorney*
RACHAL CASSAGNE